# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1165
LT Case No. 2019-CF-000717-A

_____

ROGER DALE EDWARDS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary P. Hatcher, Judge.

Matthew J. Metz, Public Defender and
Edward J. Weiss, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Daniel P. Caldwell, Assistant Attorney General,
Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____